(May 20, 1942.)

In the Matter of the Application of ARCHIBALD PALMER, Petitioner, against Honorable FRANK J. CREGG, Justice of the Supreme Court of the State of New York, Respondent, to Review the Determination and Order of Respondent Adjudging Petitioner Guilty of a Criminal Contempt of Court.— Motion to strike out district attorney's appearance for respondent denied. Motion to strike out answer of respondent denied. Petition dismissed, determination adjudging petitioner guilty of criminal contempt of court confirmed and order of commitment affirmed and all stays vacated. All concur. (Proceeding to review an order adjudging petitioner guilty of criminal contempt of court.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

RICHARD MERLAU, Respondent, v. DERMETICS COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies motion for dismissal of plaintiff's amended complaint in an action for damages for breach of an alleged contract.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

RICHARD MERLAU, Respondent, v. DERMETICS COMPANY, INC., Appellant.— Order modified on the law and facts by striking out the second ordering paragraph thereof and as modified affirmed, without costs of this appeal to either party. Memorandum: The moving and answering affidavits raise a question of fact as to which one of the writings is the contract between the parties. This being the case, neither party was entitled to summary judgment. Until the terms of the contract are established, the court cannot determine whether such contract is objectionable in point of law. All concur. (The order denies defendant's motion for summary judgment and directs judgment for plaintiff for damages alleged in the complaint to be assessed by a jury, in an action for breach of contract.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

HENRY F. BETZ, JR., an Infant, by HENRY F. BETZ, SR., as Guardian ad Litem, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF TONAWANDA and Others, Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (The order grants motion of defendants to strike out portions of the complaint in an action for damages for personal injuries alleged to have been sustained while pursuing studies in a wood shop maintained by defendants.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of EDWARD STREETER, a Child under Sixteen Years of Age.— Order affirmed. All concur. (The order adjudges defendant to be guilty of juvenile delinquency and commits him to the State School at Industry.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

L. REGINALD CAMPBELL, Appellant, v. JAMES R. MARTIN and SERVICE FIRE INSURANCE COMPANY, Respondents.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant Martin on a counterclaim in an automobile negligence action. The order denies defendant's motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.